**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| HEALTH CARE SERVICE CORPOATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 5:25-CV-28-RWS |
| v. | § | |
| | § | |
| GS LABS, LLC, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss Case Pursuant to Federal Rule 41(a). Docket No. 87. In the motion, the parties move for "dismissal with prejudice of all claims asserted in this action, including all claims asserted by HCSC against all Defendants and all counterclaims asserted by GS Labs against HCSC." *Id.* The parties "further move this Court to order that all costs and expenses relating to this litigation up to the time of dismissal shall be borne by the party incurring the same." *Id.* Accordingly, it is

**ORDERED** that the joint motion to dismiss the case (Docket No. 87) is **GRANTED** and the parties' claims are **DISMISSED WITH PREJUDICE**, subject to the terms of the parties' settlement agreement. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 18th day of December, 2025.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE